# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **DONALD W. FISHER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 3:15-cv-00127 |
| | ) **CHIEF JUDGE CRENSHAW** |
| **CHRISTOPHER GATES AND GATES** | ) |
| **CONSTRUCTION AND DESIGN, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 62) from Magistrate Judge Frensley to which no objections have been filed. Having undertaken *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, (1) the Report and Recommendation (Doc. No. 62) is hereby **ACCEPTED and APPROVED**; (2) Defendants' Motion to Vacate Entry of Default (Doc. No. 55) is **GRANTED** with respect to the entry of default as to Christopher Gates individually, but **DENIED** as to corporate Defendant Gates Construction and Design, LLC; (3) Plaintiff's First Motion for Default Judgment (Doc. No. 61) is **GRANTED** solely as to Gates Construction and Design, LLC.; and (4) a **DEFAULT JUDGMENT** is hereby entered against Gates Construction and Design, LLC.

It is SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE